IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

ORDER

08-cr-112-bbc

    v.

LEROY SHARP,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Leroy Sharp has moved for leave to proceed on appeal in forma pauperis. The motion is GRANTED. Although defendant had retained counsel to represent him in this court, I am satisfied from my review of the information in the presentence report that he is financially unable to pay the costs of his appeal or to retain counsel for his appeal. I find him financially eligible for the appointment of counsel on appeal. I will send the Court

1

of Appeals for the Seventh Circuit a copy of this order so that it may appoint appellate counsel for defendant.

Entered this \_\_\_\_6th\_\_\_\_ day of May, 2009.

BY THE COURT:

Barbara B. Crabb
BARBARA B. CRABB
District Judge